**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-41162
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

ADOLFO MORENO-RIOS,

Defendant-Appellant.

Appeal from the United States District Court
For the Southern District of Texas

(M-96-CR-117-1)

July 28, 1997

Before WISDOM, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Adolfo Moreno-Rios appeals his conviction for conspiracy to possess with intent to distribute more than fifty kilograms of marijuana. He contends that his arrest, executed without a warrant, was not supported by probable cause. We conclude, based upon the testimony presented at the hearing on the motion to

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

suppress, that the arresting officers had probable cause to arrest the defendant.  See United States v. Carrillo-Morales, 27 F.3d 1054 (5th Cir. 1994).  Accordingly, the judgment of the district court is **AFFIRMED**.